IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

)
)
In re: Seizure Warrants                    )        No. 05- 38M
2003 Jeep Cherokee, DE license 27251, et al)

MOTION TO SEAL

The United States moves to seal the entire file until further order of the Court.

Colm F. Connolly
United States Attorney

By: _____

Richard G. Andrews
First Assistant U.S. Attorney

IT IS SO ORDERED this _____15_____ day of ___March___, 2005, that the above-captioned

file is sealed until further order of the Court. Detective Darren Short and other law enforcement

officers may disclose the seizure warrants as necessary in order to execute them.

_____

Mary Pat Thynge
U.S. Magistrate Judge