IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| In re: Seizure Warrants ) <br> 2003 Jeep Cherokee, DE license 27251, et al) | No. 05- 38 M |

APPLICATION FOR SEIZURE WARRANTS

The United States moves for the issuance of three seizure warrants on the basis of the Application and Affidavit of Detective Darren Short.

Colm F. Connolly
United States Attorney

By: *Richard G. Andrews*
Richard G. Andrews
First Assistant U.S. Attorney