IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED

APR 8  3 33 PM '05

CLERK
U.S DISTRICT COURT
DISTRICT OF DELAWARE

In re: Seizure Warrants          :    No. 05-38M
2003 Jeep Cherokee,              :    No. 05-39M
DE License 27251, et al.         :    No. 05-40M
                                 :

MOTION TO UNSEAL

The United States hereby moves to unseal the files in these matters.

Respectfully submitted,

Colm F. Connolly
United States Attorney

By: _____
April M. Byrd
Assistant United States Attorney

IT IS SO ORDERED this ___8___ day of __April__, 2005, that the above-captioned files are unsealed.

_____
Mary Pat Thynge
United States Magistrate Judge